BEFORE THE SECOND DIVISION, FEBRUARY 6, 1967

**No. P67/30.**—Victor England Agencies et al. *v.* United States, protests 61/2418, etc. (Los Angeles).

**No. P67/31.**—Amthor & Co. and Thornley & Pitt et al. *v.* United States, protests 63/1560, etc. (San Francisco).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 14, 1967

**No. P67/32.**—Craig Panorama, Inc., et al. *v.* United States, protests 64/3223, etc. (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of radio earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1967

**No. P67/33.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 257664–K (Portland, Oreg.).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of decorated porcelain after-dinner cups and saucers similar in all material respects to those the subject of *United States* v. *Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.